MEMO ENDORSED

Case 1:23-cv-08612-VEC   Document 8   Filed 01/29/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN ELIZABETH TARR on behalf of herself and all others similarly situated,

    Plaintiffs,

-against-

AVALANCHE DIRECT, LLC.

    Defendant.

Case No. 1:23-cv-8612

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             January 26, 2024

Respectfully Submitted,

**/s/ Mars Khaimov**

By:    Mars Khaimov, Esq.
       100 Duffy Avenue, Suite 510
       Hicksville, New York 11801
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*

---

The Clerk of Court is respectfully directed to strike "on behalf of herself and all others similarly situated" from the case caption. Dismissal with prejudice is only effective as to the named Plaintiff.

SO ORDERED.

*[signature]* 01/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE